**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| INDIANA PROTECTION AND | ) | |
|  ADVOCACY SERVICES COMMISSION, | ) | |
| JOSHUA HARRISON, GREGGORY SIMS, | ) | |
| JAMES PANOZZO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:08-CV-1317-TWP-MJD |
| | ) | |
| COMMISSIONER, INDIANA | ) | |
|  DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

**E N T R Y**

The filings of Jeremiah Farmer [dkt 400] and of Nicholas Harwood [dkt 430] have been considered. Mr. Farmer and Mr. Harwood's requests for proceedings or investigation based on the particular circumstances of their custody within the Indiana Department of Correction must be **DENIED**.

Mr. Harwood advises that he will be released from New Castle prison on July 10, 2015 and he asks the Court for assistance in receiving treatment for his serious mental illness and adjustment back into the community. Unfortunately, this Court is unable to provide the assistance requested. If Mr. Harwood's executed sentence is followed by a term of probation, he should seek services from the probation department or court from which his conviction and sentence was imposed. The Court further encourages Mr. Harwood to seek mental health treatment and services within the community to which he is released.

Mr. Farmer requests permission to file a belated appeal due to the Defendants violation of court orders and requests appointment of counsel. Mr. Farmer appears to rely in part, on the

disposition in *Mast v. Donahue*, No. 2:05-cv-37 (S.D.Ind.).  However, the Court finds there are no

issues in Mr. Farmer's filings which warrant development or treatment separate from that of the

plaintiff class as a whole. If Mr. Farmer seeks relief outside the scope of the claims in this action

he must do so by filing a separate action in an appropriate forum.

For the reasons stated above, the filings of Mr. Farmer [dkt 400] and Mr.  Harwood [dkt

430] are **DENIED**.

SO ORDERED.

Date:  7/1/2015

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Electronically Registered Counsel

Nicholas Howard
DOC # 245315
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
PO BOX A
NEW CASTLE, IN 47362

Jeremiah Farmer
DOC #978522
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064