SCANNED at PENDLETON and Emailed on
9-5-19 by LF - 2 pages.
(date)     (initials)  (num)

Dear Judge Pratt

## PLEASE HELP ME!

Hi, My name is Isaiah Mareese Hill #258873 and I'm incarcerated at Pendleton currently on P.C. Because of my co-defendants. Thier trying to kill me because I made a 180 page statement on them. Thier showing everybody the statement here at Pendleton and some organizations are looking for me. But I'm safe for now till I figure out my next move. Sorry that's not why I wrote you though I wrote you because I've been begging for treatment and nobody's listening. So I...well here's my history I caught a sex case I was forced by "them" to put a gun in her mouth and as I did it got me sexually aroused so I told her to give me oral sex and she started to moan and kiss up my chest so I beat her over and had my way with her. Afterwards I threw up. I pointed the gun under my chin and I was trying so hard to pull the trigger but I just couldn't for some reason. To this day I have dreams of what happen and I feel so sick. So to make myself feel better I'd swallow a razor and pray I'd die or I'll hang myself hoping I'd die. I've been on Wellbutrin, Zoloft, Litium, seriquil, Stelan. None of that worked I still felt like a zombie, I felt straight numb. At levels state prison I hated myself so much I would try and fight everybody I came in contact with. My Mental Health Code used to be a C now it's a A. Growing up I was in almost every state hospital and nothing didn't help me. I mean that woman was beat bit us and shot no innocent person needs to go through that and that's why I need help. Otherwise I need to die I mean I've been a failure my whole life. I believe my family hated me and still do. I'm at war with myself, my worst enemy. I don't understand why I AM the way I am and I

that. Maybe I do need to die because all I am is a FUCKING failure. Someone actually a mental Health specialist Richardson told me to write you and try and get help so I can find out where my problems originated from and why I am why I am. You know I once had 100 pills that found on the ground on the walks. As I was taking them the C.O. walked by I swear she never looks in my room EVER but this day she did and she called my government name and listen somebody loves you! Your somebody's joy. I broke down crying and threw the pills and start beating my head on the ground. All I could do was scream & cry. Please help Ms. Pratt I need it bad. I also think and farn like a 3 grade. and this shit out in gp 18 to much for me I be ask for Help so I want cach no more time. If you can get me way from Pendleton these Peop around Here talk about my case that shit Fuck with me and make me want to end my life But Im trying to get some Help Plase and thank you

Isaiah. M Hill
#258473
9 on 4R