UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA PROTECTION AND ADVOCACY SERVICES COMMISSION, *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 1:08-cv-01317-TWP-MJD |
| COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, ) ) ) | |
| Defendant. ) | |

### Order

Plaintiffs, having filed their Unopposed Motion For Further Extension of Time to File Periodic Status Report, and the Court having read the motion, and being duly advised, finds that good cause exists to grant it, and,

IT IS THEREFORE ORDERED that the parties have until, and including, February 18, 2022 to file their periodic status report.

Date: 1/20/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

To:   All ECF-registered counsel of record