UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA PROTECTION AND ADVOCACY SERVICES COMMISSION, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION,  )<br>)<br>Defendants.  ) | No. 1:08-cv-01317 TWP-MJD |

**Acknowledgement of Dismissal Without Prejudice**

Come now the parties, having filed their Final Status Report and consistent with the terms of the Private Settlement Agreement in this case, the Court hereby acknowledges that effective April 13, 2023, this case has been dismissed, without prejudice, with each party to pay its own costs including attorneys' fees.

Date: 4/10/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

To:   All ECF-registered counsel of record

[1]